# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ANTHONY BARRON, § § Plaintiff, § § v. § UTSOUTHWESTERN MEDICAL CENTER, § § Defendant. § | Civil Action No. 3:21-CV-01770-E-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. On November 2, 2022, Plaintiff filed a document, which, *inter alia*, asserted objections. (Doc. 18). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

17th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE